UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:08-cr-00022 |
| Plaintiff, | AMENDED ORDER |
| vs. | |
| TERRANCE HOFUS, | |
| Defendant. | |

It having been brought to the Court's attention that the judgment in this action reflecting that the Defendant was convicted of the offense of Coercion and Enticement of a Minor, a violation of Title 18 U.S.C. § 2422(b), is misleading because it suggests the Defendant was convicted of a completed act when in fact his conviction was based upon attempted acts, and, upon review and consideration of the statute by the Court, it appears that the attempted acts for which Defendant was convicted would have no effect upon the classification of his offense or the penalty which was imposed by the Court, and in the interest of justice and good cause appearing,

///

///

///

///

///

///

///

1    IT IS HEREBY ORDERED that the Clerk of the Court shall enter a second amendment
2 to the amended judgment in this action (doc. 113) to more accurately reflect on the first page,
3 under nature of offense, that the Defendant is adjudicated guilty of Attempted Persuasion,
4 Inducement and Enticement of a Minor. The word "coercion" is stricken from the judgment (doc.
5 78) in this action to clarify that coercion was not an element of the offense for which Mr. Hofus
6 was convicted.
7    IT IS SO ORDERED.
8    DATED this 17th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE