1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE HOFUS,<br><br>　　　　Defendant. | Case No. 3:08-cr-00022-LRH-WGC<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Terrance Hofus, that the Revocation Hearing currently scheduled on June 28, 2022, at 11:00 am, be vacated and continued to August 2, 2022, at 11:00 am.

　　This Stipulation is entered into for the following reasons:

　　1.　　Defense counsel needs additional time to discuss this matter with Mr. Hofus.

　　2.　　Assistant United States Attorney, Randolph J. St. Clair, has a conflict with the current revocation hearing date.

3. Mr. Hofus is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    /s/ Jacquelyn N. Witt<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |    /s/ Randolph J. St. Clair<br>By_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRANCE HOFUS,<br><br>    Defendant. | Case No. 3:08-cr-00022-LRH-WGC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 28, 2022, at 11:00 a.m., be vacated and continued to Tuesday, August 2, 2022, at the hour of 11:00 a.m.

DATED this 21st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE