RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Terrance Hofus

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00022-LRH-WGC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| TERRANCE HOFUS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Terrance Hofus, that the Revocation Hearing currently scheduled on August 2, 2022, at 11:00 am, be vacated and continued to August 16, 2022, at 11:00 am.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to discuss this matter with Mr. Hofus.

2.     Defense counsel needs additional time to gather mitigation information in preparation for the revocation hearing.

3.      Mr. Hofus is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 29th day of July, 2022.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                        United States Attorney


  */s/ Jacquelyn N. Witt*                        */s/ Randolph J. St. Clair*
By_____          By_____
JACQUELYN N. WITT                          RANDOLPH J. ST. CLAIR
Assistant Federal Public Defender          Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TERRANCE HOFUS,

        Defendant.

Case No. 3:08-cr-00022-LRH-WGC

**ORDER**

IT IS THEREFORE ORDERED that the video revocation hearing currently scheduled for Tuesday, August 2, 2022, at 11:00 a.m., is vacated and continued to Tuesday, August 16, 2022, at 11:00 a.m. before District Judge Larry R. Hicks.  IT IS SO ORDERED.

DATED this 1st day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

3