UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE HOFUS,<br><br>Defendant. | Case No. 3:08-cr-00022-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Terrance Hofus, that the Revocation Hearing currently scheduled on February 22, 2024 at 11:00 am, be vacated and continued to Thursday, March 28, 2024 at 11:00 a.m. in Reno Courtroom 3 via video conference.

This Stipulation is entered into for the following reasons:

1. Mr. Hofus has not received or taken his prescription medication since being in custody. A short continuance is necessary for Mr. Hofus to see a doctor, receive his medication, and for his medication to effectively work before proceeding with the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 21st day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00022-LRH-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| TERRANCE HOFUS, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 22, 2024 at 11:00 a.m., be vacated and continued to Thursday, March 28, 2024 at 11:00 a.m. before Judge Larry R. Hicks in Reno Courtroom 3.

    IT IS SO ORDERED.

    DATED this 21st day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE